IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE AYALA, | No. C 09-03170 SBA (PR) |
| Petitioner, | **ORDER GRANTING PETITIONER'S REQUEST TO FILE A SUPPLEMENT TO HIS OPPOSITION TO RESPONDENT'S MOTION TO DISMISS; AND DIRECTING RESPONDENT TO FILE A REPLY** |
| v. | |
| ROBERT A. HOREL, Warden, | |
| Respondent. / | |

Petitioner has filed a "Request to Supplement His Opposition to Respondent's Motion to Dismiss." Having read and considered Petitioner's motion, the Court GRANTS Petitioner's request to file a supplement to his opposition. The Clerk of the Court is directed to docket and file the attached supplement to his opposition as his "Supplemental Brief to Petitioner's Memorandum in Opposition," and mark it as filed on the date it was received. Respondent shall file a reply to the supplement no later than **March 24, 2011.**

This Order terminates Docket no. 12.

IT IS SO ORDERED.

DATED: 3/9/11

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\SBA\HC.09\Ayala3170.GrantSupp2OPPN.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOSE AYALA,

        Plaintiff,

v.

ROBERT A. HOREL et al,

        Defendant.

Case Number: CV09-03170 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 9, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Ayala H34710
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Dated: March 9, 2011

    Richard W. Wieking, Clerk
    By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\HC.09\Ayala3170.GrantSupp2OPPN.wpd     2